PEOPLE v. KUCZKA.   Appeal from Wayne, Horace W. Gilmore, J. Submitted Division 1 October 26, 1971, at Detroit.  (Docket No. 11128.)  Decided November 30, 1971.  Leave to appeal applied for.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Gerald S. Clay,* for defendant on appeal.

Before: LESINSKI, C. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of breaking and entering an office building with intent to commit a larceny therein and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and records it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.